**Order entered July 23, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00413-CV

### IN THE INTEREST OF M.O. AND P.O., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19769-Z**

## ORDER

Pursuant to rule 34.5(c)(1), Texas Rules of Appellate Procedure, we **ORDER** Felicia Pitre, Dallas County District Clerk, on or before **TUESDAY, JULY 30, 2019**, to file a supplemental record with this Court containing the following documents:

(1)     State's Notice of Intent to Use Business Records, filed February 4, 2019, with all attachments, and

(2)     "CPS Report—Family Plan of Service," filed December 6, 2017.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     LESLIE OSBORNE
        JUSTICE